**Order entered July 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00578-CV

**IN RE EQUINOR TEXAS ONSHORE PROPERTIES F/K/A STATOIL TEXAS ONSHORE PROPERTIES LLC; EQUINOR MARKETING & TRADING (US) INC., AND EQUINOR NATURAL GAS, LLC, Relators**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03022**

## ORDER

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Reichek

Before the Court is relators' July 20, 2021 corrected motion to enforce the order granting the petition for writ of mandamus. After reviewing the motion, response, reply, and supplement to the motion, we **DENY** the motion.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE